**SEALED**

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  CHRISTINA M. BROWN
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  Phone: (702) 388-6336 / Fax: (702) 388-5087



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-CR-294 |
| vs. | VIOLATION: |
| DEBRA DAVIS, | 18 U.S.C. § 1709 - Theft of Mail Matter by Postal Officer and Employee |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

From on or about October 24, 2010, and continuing through on or about January 24, 2011, in the State and Federal District of Nevada,

**DEBRA DAVIS,**

defendant herein, being a United States Postal Service officer and employee, did steal, abstract, and remove letters, postal cards, packages, bags, and mail, and articles contained therein, which were entrusted to her and came into her possession, and which were intended to be conveyed by mail and carried and delivered by any

. . .

. . .

carrier, messenger, agent, and other person employed by the Postal Service. All in violation of Title 18, United States Code, Section 1709.

DATED: this 10th day of August 2010.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

CHRISTINA M. BROWN
Assistant United States Attorney

2