UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-CR-294-PMP-RJJ |
| DEBRA DAVIS, ) | |
| Defendant. ) | |

FILED
MAY 15 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## GOVERNMENT'S EXHIBITS 1 & 2 TO SENTENCING HELD ON 5/15/2012



COLOR COPIES SUBMITTED-COPIES ARE TOO DARK FOR IMAGING. ORIGINALS LOCATED IN CLERK'S OFFICE.

000085

